UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_[handwritten plaintiff names, illegible] ... NYPD_
_Andre Antrobus_

Write the full name of each plaintiff.

No. _____
(To be filled out by Clerk's Office)

-against-

_New York City and_
_New York Police Dept (N.Y.P.D)_
_Et Al_

Write the full name of each defendant. If you cannot fit the
names of all of the defendants in the space provided, please
write "see attached" in the space above and attach an
additional sheet of paper with the full list of names. The
names listed above must be identical to those contained in
Section IV.

**COMPLAINT**
(Prisoner)

Do you want a jury trial?
☒ Yes   ☐ No

---

**NOTICE**

The public can access electronic court files. For privacy and security reasons, papers filed
with the court should therefore *not* contain: an individual's full social security number or full
birth date; the full name of a person known to be a minor; or a complete financial account
number. A filing may include *only*: the last four digits of a social security number; the year of
an individual's birth; a minor's initials; and the last four digits of a financial account number.
See Federal Rule of Civil Procedure 5.2.

Rev. 5/6/16

_Return to sender a copy stamped_

I.     **LEGAL BASIS FOR CLAIM**

State below the federal legal basis for your claim, if known. This form is designed primarily for prisoners challenging the constitutionality of their conditions of confinement; those claims are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "*Bivens*" action (against federal defendants).

[X] Violation of my federal constitutional rights

[X] Other: _____

II.     **PLAINTIFF INFORMATION**

Each plaintiff must provide the following information. Attach additional pages if necessary.

_Andre_                     _Antonious_

First Name          Middle Initial          Last Name

State any other names (or different forms of your name) you have ever used, including any name you have used in previously filing a lawsuit.

_345 22 00 345_

Prisoner ID # (if you have previously been in another agency's custody, please specify each agency and the ID number (such as your DIN or NYSID) under which you were held)

_AMKC_

Current Place of Detention

_18 18 Hazen St_

Institutional Address

_East Elmhurst_          _NY_          _11370_

County, City          State          Zip Code

III.     **PRISONER STATUS**

Indicate below whether you are a prisoner or other confined person:

[X] Pretrial detainee

[ ] Civilly committed detainee

[ ] Immigration detainee

[ ] Convicted and sentenced prisoner

[ ] Other: _____

## IV.    DEFENDANT INFORMATION

To the best of your ability, provide the following information for each defendant. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are identical to those listed in the caption. Attach additional pages as necessary.

Defendant 1:    _New York_    _City_    _____
                First Name        Last Name              Shield #

_City Hall_ _____
Current Job Title (or other identifying information)

_New York_    _Ny_    _10007_
Current Work Address

County, City              State              Zip Code

Defendant 2:    _New York_    _City_    _Police Dept (N.Y.P.D_
                First Name        Last Name              Shield #

_One Police Plaza_ _____
Current Job Title (or other identifying information)

_New York_    _Ny_    _10038_
Current Work Address

County, City              State              Zip Code

Defendant 3:    _____
                First Name        Last Name              Shield #

_____
Current Job Title (or other identifying information)

_____
Current Work Address

County, City              State              Zip Code

Defendant 4:    _____
                First Name        Last Name              Shield #

_____
Current Job Title (or other identifying information)

_____
Current Work Address

County, City              State              Zip Code

Etc

410 Winthrop ave Bklyn Ny
153 Martense st Bklyn N
795 Rogers Ave Bklyn

## V.    STATEMENT OF CLAIM

Place(s) of occurrence: 03-10-21 , 01-15-22 , 01-25-22 , 01-31-22 & etc

Date(s) of occurrence: 03-10-21 , 01-15-22 , 01-25-22 , 01-31-22 & etc

**FACTS:**

State here briefly the FACTS that support your case. Describe what happened, how you were
harmed, and how each defendant was personally involved in the alleged wrongful actions. Attach
additional pages as necessary.

several false arrests through my years and Outr-
cause as governmental misconduct" first I need a
lawyer cause for 16 months straight they've been Blocking
and holding my mail and taking my evidence by the orders
D.A's second's I need 3 subpeonus expedited ly to
get any evidence that they won't supply me with
and others I have stack and admittance of
so called victims told to lie against Andre Antrob
us several time now lets start its recent going
1)Black 01-31-22 in OMH unit of Kings county Hospital
Isreal Dabreu and his perjing order gang pursued Ant-
robus with threats of cutting with a buck fifty" "to
Rape" to gang assault avilcte and when Mr Ankira call
to Battle Mr Antrobus for fourth time as prey and
rouibd in his Buttocks and Mr Antrobuy duck him and
he end up on the floor. Mr Antrobus was falsely Arrested
as he ask for c.t.v. footage when he wasn't suppos
to be arrested and indicted in a OMH unit they
have they own directives and policies also a viol-
ation of Equal protection clause

look

01-25-22 in Family Ct NY11226 I was put in handcuffs and assaulted again Ba 6th NY PD (And so called reason they lied and said in my place of business I told my cousins and friend that I will kill them as I was on the phone with micro soft team's link to virtual court 141 Livingston st Bklyn NY 11201 with honorable Jack Stoller) so wouldn't he and the transcripts have those so called threats and wouldn't they have called the cops. (any way since 01-25-22 I ask for C.C.t.v footage of me turning off the phone from virtual court in kings county hospital Also 5 days video in kcs dy 11oop omH disturbed wards from 01-25-22 to 01-31-22 to 06-12-23 I need expedited Blank subpeonas for discovery and a pro bono or appointed counsel cause it would be bias and prejudice to Deny 01-15-22 False Arrest of Prejudice to Deny And so Bus I need a sub peonas Andre for Body cam torture of 6? officer that I requested several times of officers coercing with Duress for Lennox to 110

Statement of Claim pg 3

on Andre Antrobus to be arrested
3-10-21 I need camera footage
I asked for a million times I
thought this government has a open
policy and integrity

And etc,

I need subpeonais to produce
more evidence and get evidence
from storage of past false
Arrest from all the way 1999
to 2023 as to show mtis operandi

I need a Appointed counsel or pro
Bono

look at exhibits

**INJURIES:**

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

Emotional & mental anguish, P.t.s.D
Physical injuries long , hand and etc)

## VI.    RELIEF

State briefly what money damages or other relief you want the court to order.

15,000,000,000.00    Punitive Damages
15,000,000,000.00    Compensation

## VII.   PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I understand that if I file three or more cases while I am a prisoner that are dismissed as frivolous, malicious, or for failure to state a claim, I may be denied *in forma pauperis* status in future cases.

I also understand that prisoners must exhaust administrative procedures before filing an action in federal court about prison conditions, 42 U.S.C. § 1997e(a), and that my case may be dismissed if I have not exhausted administrative remedies as required.

I agree to provide the Clerk's Office with any changes to my address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

| | |
|---|---|
| Dated | Plaintiff's Signature |

| | | |
|---|---|---|
| First Name | Middle Initial | Last Name |

Prison Address

| | | |
|---|---|---|
| County, City | State | Zip Code |

Date on which I am delivering this complaint to prison authorities for mailing:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_Andre Whitohaus_

_____
*(List the name(s) of the plaintiff(s)/petitioner(s).)*

_____ Civ. _____ (____) (____)

- against -

**AFFIRMATION OF SERVICE**

_New York City_

_NYPD...._

_____
*(List the name(s) of the defendant(s)/respondent(s).)*

I, (*print your name*) _Andre Whitohaus_, declare under penalty of perjury that I

served a copy of the attached (*list the names of the documents you served*): _City hall NYC 1000_
_ce Plaza NYC 10003 , 100 Church St of NYC 10007_

upon all other parties in this case by (*state how you served the documents, for example, hand delivery,*

*mail, overnight express*) _Ankle prison mail box help_ to the

following persons (*list the names and addresses of the people you served*): _I need assistance_

_Please they blocking my mail & taken evidence. I cannot_
_respond properly to timely actions its bias and prejudice_

on (*date you served the document(s)*) _____.

_4-24-23_
Dated

_____
Signature
_____
Address
_East Elmhurst NY 11370_
City, State
_11370_
Zip
_____
Telephone Number
_____
E-Mail Address

*Rev. 01/2013*



| | |
|---|---|
| CITY OF NEW YORK<br>DEPARTMENT OF CORRECTIONS<br>OFFICE OF CONSTITUENT AND GRIEVANCE<br>SERVICES<br><br>RETURN OF GRIEVANCE FORM | TO BE COMPLETED BY<br>GRIEVANCE COORDINATOR<br><br># __645254__ |




| Form: 7117R |
|---|
| Eff.: 8/23/19 |
| Ref.: Dir.3376RA |

| INMATE NAME AND BOOK AND CASE NUMBER: **Antrobus, Andre** | FACILITY:<br>**AMKC** | DATE OF GRIEVANCE:<br>**04-07-23** |
|---|---|---|
| HOUSING ASSIGNMENT:  MOD 9A  B&C# 8952200345 | | |

DATE GRIEVANCE RETURNED: 04-07-23

THE ATTACHED GRIEVANCE IS BEING RETURNED TO YOU BECAUSE YOU HAVE FAILED TO COMPLY WITH THE INMATE GRIEVANCE PROCEDURES POLICY. THIS GRIEVANCE IS BEING RETURNED FOR THE FOLLOWING REASON(S):

☐ This grievance concerns a Disciplinary Hearing action. This type of action is to be appealed through their own appeal process and not through the grievance process.

☐ There is no indication that you were personally affected by a Department or facility action or policy/procedure.

☐ This grievance appears to be on behalf of a group and group grievances are not permitted.

☐ This grievance is not signed and/or dated and/or does not include your Name, Book & Case number.

☐ This grievance contains multiple issues. Grievances are to address only one (1) issue unless there is a direct relationship between multiple issues. You may submit separate grievances for the separate issues.

☑ This grievance is incomplete, not understandable, presented in a courteous manner or contains excessive legal jargon.

☐ The grievance concerns an issue that cannot be resolved by the Department of Correction because the issue is beyond the authority of the Department. This issue may be addressed to: _____

☐ This grievance was not submitted within the ten (10) day timeframe. Must show just reason(s) for this delay, this grievance /appeal will not be reviewed.

☐ The issue in this grievance was reviewed and addressed previously in Grievance # _____

☐ Grievance description does not match action requested.

☐ Grievance is a documented use of force.

☐ Grievance falls under Nunez Compliance.

TIME STAMP          SIGNATURE OF GRIEVANCE COORDINATOR/OFFICER          DATE OF RESPONSE
                                                                          04-07-23

If you wish to proceed with this grievance, you have five (5) working days from the date of their response to submit your grievance, to the Grievance Coordinator/Officer.

ATTACHMENT

# CITY OF NEW YORK - DEPARTMENT OF CORRECTION
## OFFICE OF CONSTITUENT AND GRIEVANCE SERVICES
### INMATE STATEMENT FORM

Form.: 7101F
Eff.: 2/26/20
Ref.: Dir. 3376-RA

| Inmate's Name: Andre Ambrose | Book & Case #: 895 22 00 345 | NYSID #: 00001212 |
|---|---|---|

| Facility: AMKC | Housing Area: 11 mod A | Date of Incident: 04-03-23 | Date Submitted: 04-03-23 |
|---|---|---|---|

All grievances must be submitted within ten business days after the incident occurred, unless it's a sexual abuse or harassment allegation. The inmate filing the grievance must personally prepare this statement. Upon collection by the Office of Constituent and Grievance Services (OCGS) staff, OCGS staff will time-stamp and issue it's grievance reference number. OCGS staff shall provide the inmate with a copy of this form as a record of receipt.

**Grievance:** Bingo # I was right from previous grievance § I want video cct of 11-mod a between 9:30 am to 10:30 am § of incident that been happening to me for years Im never the initial aggressor but the time c.o I retreated 5 times After I was assaulted and o.o-c failed to protect or didn't want too §Retaliation§ what I put in previous grievance submitted 4-02-23 that Doc is scaring someone §§ I have 15 witnesses Im never the initial aggressor Im the finisher even though I alerted Do-c several times to the threat and did nothing happen 30 times before and too persons ___

**Action Requested by Inmate:** I want video which is evidence to my ___ o.o ___ o-c Retaliation I ask for video before But still like physical ___ and withholding evidence to win my ___ and ___ violation

Please read below and check the correct box:

| | Yes | No |
|---|---|---|
| Do you agree to have your statement edited for clarification by OCGS staff? | ☐ | ☐ |
| Do you need the OCGS staff to write the grievance for you? | ☐ | ☐ |
| Have you filed this grievance with a court or other agency? | ☐ | ☐ |
| Did you require the assistance of an interpreter? | ☐ | ☐ |

| Inmate's Signature: 301-11-X 2071-uc | Date of Signature: 04-03-23 |
|---|---|

### FOR DOC OFFICE USE ONLY

OCGS MUST PROVIDE A COPY OF THIS FORM TO THE INMATE AS A RECORD OF RECEIPT.

THIS FORM IS INVALID UNLESS SIGNED BY THE INMATE AND GRIEVANCE COORDINATOR

| TIME STAMP | Grievance Reference #: 045242 | Category: Assault Allegation / return of Grievance |
|---|---|---|

Office of Constituent and Grievance Services Coordinator/Officer Signature:

57

044415



CITY OF NEW YORK
DEPARTMENT OF CORRECTIONS
OFFICE OF CONSTITUENT AND GRIEVANCE
SERVICES
RETURN OF GRIEVANCE FORM

| TO BE COMPLETED BY GRIEVANCE COORDINATOR | Form: 7117R Eff.: 8/23/19 Ref.: Dir.3376RA |
| --- | --- |
| #   645242 | |



| INMATE NAME AND BOOK AND CASE NUMBER: Antrobus, Andre | FACILITY: AMKC | DATE OF GRIEVANCE: 04-07-23 |
| --- | --- | --- |
| HOUSING ASSIGNMENT:   MOD 9A | B&C# 8952200345 | |

DATE GRIEVANCE RETURNED:  04-07-23

THE ATTACHED GRIEVANCE IS BEING RETURNED TO YOU BECAUSE YOU HAVE FAILED TO COMPLY WITH THE INMATE GRIEVANCE PROCEDURES POLICY. THIS GRIEVANCE IS BEING RETURNED FOR THE FOLLOWING REASON(S):

☐ This grievance concerns a Disciplinary Hearing action. This type of action is to be appealed through their own appeal process and not through the grievance process.

☐ There is no indication that you were personally affected by a Department or facility action or policy/procedure.

☐ This grievance appears to be on behalf of a group and group grievances are not permitted.

☐ This grievance is not signed and/or dated and/or does not include your Name, Book & Case number.

☐ This grievance contains multiple issues. Grievances are to address only one (1) issue unless there is a direct relationship between multiple issues. You may submit separate grievances for the separate issues.

☐ This grievance is incomplete, not understandable, presented in a courteous manner or contains excessive legal jargon.

☐ The grievance concerns an issue that cannot be resolved by the Department of Correction because the issue is beyond the authority of the Department. This issue may be addressed to: _____

☐ This grievance was not submitted within the ten (10) day timeframe. Must show just reason(s) for this delay, this grievance /appeal will not be reviewed.

☑ The issue in this grievance was reviewed and addressed previously in Grievance # 644415

☐ Grievance description does not match action requested.

☐ Grievance is a documented use of force.

☐ Grievance falls under Nunez Compliance.

TIME STAMP

SIGNATURE OF GRIEVANCE COORDINATOR/OFFICER

DATE OF RESPONSE
04-07-23

If you wish to proceed with this grievance, you have five (5) working days from the date of their response to submit your grievance, to the Grievance Coordinator/Officer.

CITY OF NEW YORK . DEPARTMENT OF CORRECTION
OFFICE OF CONSTITUENT AND GRIEVANCE SERVICES
INMATE STATEMENT FORM

**Inmate's Name:** Andre Watson  **Book & Case #:** 825 22 00 345  **NYSID #:** 05007131

**Facility:** AMKC  **Housing Area:** 7 Mod  **Date of Incident:** 04-05-22  **Date Submitted:** 04-05-23

All grievances must be submitted within ten business days after the incident occurred, unless it's a sexual abuse or harassment allegation. The inmate files the grievance must personally present this statement. Upon collection by the Office of Constituent and Grievance Services (OCGS) staff, OCGS staff will time-stamp and issue it a grievance reference number. OCGS staff shall provide the inmate with a copy of this form as a record of receipt.

**Grievance:**
several numerous multiple times in the past from 1990 to 2013 and several times in 2020-2021 and 2022 now in 2023 I am asking again press assault charges on incident happen at 11mod1 because from 02 to 2023 you never press charges on people who assaulted me or with a weapon several times I'm talking about the guy who came and punch in my face today I retreated 5 times and he punch me again I want press charges since you'll never I don't have any formal statement so use this and preserve all body material as in t-st for prosecution

**Action Requested by Inmate:** I need the chaplist as I wrote on Rohany top I want to press assault 3rd charges the least its my right.

**Please read below and mark the correct box:**

Do you agree to have your statement edited for clarification by OCGS staff?  Yes ☑  No ☐
Do you need the OCGS staff to write the grievance for you?  Yes ☐  No ☐
Have you filed this grievance with a court or other agency?  Yes ☐  No ☐
Did you require the assistance of an interpreter?  Yes ☐  No ☐

**Inmate's Signature:** _____  **Date of Signature:** _____

FOR DOC OFFICE USE ONLY

OCGS MUST PROVIDE A COPY OF THIS FORM TO THE INMATE AS A RECORD OF RECEIPT.

THIS FORM SHOULD INCLUDE DETAILS NEEDED BY THE INMATE AND GRIEVANCE COORDINATOR

**Time Stamp:**  **Grievance Reference #:** @45254  **Category:** Other Request  return of grievance

Chris Raye

it looks like over the decades C O-C is under the district attorney that told me for decades to police myself the usual Gera police himself copy and stamp return to sender with decision

NYC
HEALTH+
HOSPITALS | Kings County CENTER | KINGS COUNTY HOSPITAL  Patient: Akinsira, Israel
451 Clarkson Avenue
BROOKLYN NY 11203      Admit: 1/31/2022, IP: 1/31/2022, Discharge: —

**H&P by Alec Krosser, MD at 01/31/22 1901 (continued)**

significant mass effect or midline shift. 2.  Left frontal soft tissue swelling without underlying calvarial fracture.
3.  Calcification of the bilateral external ear cartilage is nonspecific, correlate for metabolic abnormalities. 4.
Global atrophy and chronic microvascular ischemia, which has progressed slightly compared to the prior study.
The above findings were discussed with Dr. Gendy of the trauma team on 1/31/2022 5:46 PM with
confirmation. END OF RESIDENT PRELIMINARY REPORT NOT REVIEWED BY ATTENDING
RADIOLOGIST. Radiology Attending Physician Final Review: CT HEAD WO CONTRAST I, Zeshan Chaudhry,
MD, have personally reviewed the images and interpretation as stated and signed above and wish to modify
the preliminary report in the following manner. The below now represents the FINAL REPORT for this patient.
Correction to the above, left sylvian fissure hyperdensity consistent with a small volume of subarachnoid
hemorrhage, not intraventricular. No evidence of acute intraventricular hemorrhage. Additionally there is thin
subdural hemorrhage along the right tentorial leaflet and in the interhemispheric fissure. This measures
approximately 1.5 mm in thickness. Encephalomalacia of the left inferolateral frontal lobe and the left anterior
temporal pole, as well as minimal encephalomalacia of the right inferomedial frontal lobe. These findings are
most consistent with the sequelae of previous traumatic brain injury, also visible on the remote prior MRI of
December 21, 2015. Diffuse enlargement of the lateral and third ventricles, slightly out of proportion to the
degree of sulcal prominence, similar to the most recent prior exam. Near complete opacification of a right
posterior ethmoidal air cell. Otherwise the visualized paranasal sinuses are well aerated. Final report dictated
by Ruby Vassar and signed by Zeshan Chaudhry 1/31/2022 6:12 PM

CT Cervical Spine without contrast

Result Date: 1/31/2022
IMPRESSION: 1.  No acute fracture of the cervical spine. 2.  Multilevel chronic degenerative changes of the
cervical spine as detailed above. 3.  Bubbly secretions seen within the esophagus, which may represent an
aspiration risk. END OF RESIDENT PRELIMINARY REPORT PLEASE SEE BELOW FOR ATTENDING
FINAL REVIEW Attending Concur: CT CERVICAL SPINE WO CONTRAST I, Zeshan Chaudhry, MD, have
personally reviewed the images and concur with the preliminary report and the interpretation as stated and
signed above. This report now represents the FINAL REPORT for this patient. Final report dictated by Ruby
Vassar and signed by Zeshan Chaudhry 1/31/2022 6:33 PM

DX Pelvis 1 View

Result Date: 1/31/2022
IMPRESSION: No acute osseous injury. END OF RESIDENT PRELIMINARY REPORT:  THIS REPORT HAS
NOT YET BEEN VERIFIED BY AN ATTENDING RADIOLOGIST. PLEASE SEE BELOW FOR ATTENDING
FINAL REVIEW. _____ Attending Concur:
DX PELVIS 1 VIEW I, Zeshan Chaudhry, MD, have personally reviewed the images and concur with the
preliminary report and the interpretation as stated and signed above. This report now represents the FINAL
REPORT for this patient. Final report dictated by John Denning and signed by Zeshan Chaudhry 1/31/2022
6:00 PM

DX Portable Chest 1 View

Result Date: 1/31/2022
IMPRESSION: No evidence of acute fracture or pneumothorax. Cardiac silhouette within normal limits. No
evidence of consolidation or pleural effusion. Final report dictated by   and signed by Delan Dealwis 1/31/2022
5:45 PM

Pending Studies: repeat CTH, labs

HEALTH
HOSPITALS | Kings County

KINGS COUNTY HOSPITAL
CENTER
451 Clarkson Avenue
BROOKLYN NY 11203

Patient:Akinsira, Israel

Admit: 1/31/2022, IP: 1/31/2022, Discharge: —

Progress Notes by Kevin Branch, MD at 02/01/22 1708 (continued)
Postop day: * No surgery found *

No acute events overnight.
Repeat CT Head yesterdays stable left SAH, stable SDH, and stable left frontal hematoma
Patient seen and examined, appears baseline with no focal deficits
Denies any pain or headache. Tolerating diet with no nausea/vomiting.
Denies any other injuries.

Interval History:
1/31: 83M level 2 after assault while inpatient

Injuries: SDH, SAH, stable on repeat x1

and psychiatric history of
Schizoaffective disorder and Depression with multiple prior admissions
Edited by: Alec Krosser, MD at 1/31/2022 2238

ROS

Vitals
Temp:  [96.8 °F (36 °C)-99.3 °F (37.4 °C)] 97.7 °F (36.5 °C)
Heart Rate:  [49-76] 72
Resp:  [11-21] 20
SpO2:  [94 %-100 %] 97 %
BP: (105-154)/(51-94) 149/62

I/O

Intake/Output Summary (Last 24 hours) at 2/1/2022 1710
Last data filed at 2/1/2022 1400
                Gross per 24 hour
Intake          2023.33 ml
Output          810 ml
Net             1213.33 ml

Physical Exam
Physical Exam
Constitutional:
   General: He is not in acute distress.
   Appearance: He is not toxic-appearing.
HENT:
   Head:
   Comments: No active bleeding or open wounds noted
Eyes:

Printed on 2/4/22  9:57 AM

Page 48

NYC
HEALTH+
HOSPITALS | Kings County

KINGS COUNTY HOSPITAL   Patient: Akinsira, Israel
CENTER
451 Clarkson Avenue
BROOKLYN NY 11203        Admit: 1/18/2022, IP: 1/18/2022, Discharge:
                        1/31/2022

---

**Significant Event by Prashanth Ramshankar, MD at 01/31/22 2013 (continued)**

MD called his case manager Ms. Loretta - 929-466-2614 and left a voice mail asking for a call back.

Family:

1. Nephew - [redacted] - Writer called and there was no answer and left a voicemail to call back

2. Daughter - [redacted] - Number is not in use

"Electronically signed by Prashanth Ramshankar, MD at 01/31/22 2016"

---

**Nursing Note by Donnett Natasha Mitchell, RN at 02/01/22 0048**

| Author: Donnett Natasha Mitchell, RN | Service: — | Author Type: Registered Nurse |
| Filed: 02/01/22 0050 | Date of Service: 02/01/22 0048 | Creation Time: 02/01/22 0048 |
| Status: Signed | Editor: Donnett Natasha Mitchell, RN (Registered Nurse) | |

Patient received lying in bed alert, responsive and calm. He denies pain or discomfort. Medication administered as ordered, no distress was observed. Safety measures are in place, monitoring continues.

"Electronically signed by Donnett Natasha Mitchell, RN at 02/01/22 0050"

---

**Nursing Note by Donnett Natasha Mitchell, RN at 02/01/22 0541**

| Author: Donnett Natasha Mitchell, RN | Service: — | Author Type: Registered Nurse |
| Filed: 02/01/22 0541 | Date of Service: 02/01/22 0541 | Creation Time: 02/01/22 0541 |
| Status: Signed | Editor: Donnett Natasha Mitchell, RN (Registered Nurse) | |

Patient becomes bradycardic when he sleeping. Monitoring continues.

"Electronically signed by Donnett Natasha Mitchell, RN at 02/01/22 0541"

---

**ED Progress Note by Karen Jeoffroy, MD at 02/01/22 1048**

| Author: Karen Jeoffroy, MD | Service: Surgical Intensive Care | Author Type: Resident |
| Filed: 02/01/22 1116 | Date of Service: 02/01/22 1048 | Creation Time: 02/01/22 1048 |
| Status: Signed | Editor: Karen Jeoffroy, MD (Resident) | |
| Cosigner: Simon Fitzgerald, MD at 02/01/22 1130 | | |

**Kings County SICU Progress Note**

Name: Israel Akinsira
Hospital Day: 2
ICU LOS: 15h

Overnight Events:

No acute events overnight
Patient evaluated at bedside by MD in AM

Hospital Course:
The patient is a 83 yo m with history of schizoaffective disorder  that was brought to the ED from the inpatient psych following an altercation. The patient apparently had a verbal altercation with another person which led to him getting dragged out of bed and getting kicked in the head several times. The patient did have a LOC, and

NYC
HEALTH+
HOSPITALS | Kings County

KINGS COUNTY HOSPITAL   Patient:Akinsira, Israel
CENTER
451 Clarkson Avenue
BROOKLYN NY 11203      Admit: 1/31/2022, IP: 1/31/2022, Discharge: —

RESULTS (continued)
· Sedative frequency Denies

Other Abuse History

**Substance Withdrawal Symptoms**

ALLERGIES:
No Known Allergies

MENTAL STATUS EXAM:
Mental Status
  Most Recent Value
Mental Status
Appearance  Well-groomed, Good eye contact
Appearance Remarks: Appears stated age, well-nourished,
well-developed, good eye contact, smiling
Behavior WNL
Behavior Remarks: Calm, cooperative, pleasant
Attention Alert
Attitude Cooperative
Speech Remarks: Slightly slurred at times but intelligible,
normal rate, rhythm, tone,  hyperverbal but not pressured
Mood Euthymic
Affect Appropriate, Reactive
Thought pattern/process remarks: Tangential at times but able to
hold conversation with some redirection
Thought Content Religious preoccupation
Suicidal Ideation None
Homicidal Ideation None
Delusions Grandiose
Delusions Remarks: believes grandmother was queen and died at 130
giving him 'good genes'
Perception Unimpaired
Hallucinations None
Orientation To Time: Yes, Place: Yes, Person: Yes
Concentration Good
Memory Unimpaired
Memory Remarks: memory not formally tested but knows medication
he takes "risperidone 2mg",  knows exact date he moved to US
"April 14 2001"
Ability to Abstract Fair
Intellectual Functioning Average
Insight 1 - Moderate
Judgement Fair
Impulse Control Good

VITAL SIGNS:
Temp: [97 °F (36.1 °C)-99.9 °F (37.7 °C)] 97.7 °F (36.5 °C)
Heart Rate: [51-72] 61
Resp: [11-24] 16
SpO2: [96 %-100 %] 99 %
BP: (104-149)/(50-93) 142/73

NYC
HEALTH+
HOSPITALS | Kings County

KINGS COUNTY HOSPITAL  Patient:Akinsira, Israel
CENTER
451 Clarkson Avenue
BROOKLYN NY 11203      Admit: 1/31/2022, IP: 1/31/2022, Discharge: —

Progress Notes by Eric Windsor, MD at 02/03/22 1125 (continued)

FINDINGS: There is new slight hypodense prominence of the extra-axial spaces bifrontally measuring approximately 3 mm in thickness suggestive of subdural hygromas.

Previously identified trace subarachnoid hemorrhage in the left sylvian fissure has resolved.

Previously identified trace posterior parafalcine and right tentorial subdural hemorrhage has resolved.

Redemonstrated areas of encephalomalacia involving the basal left frontal lobe and anterior/inferior left temporal lobe adjacent to the greater sphenoid wing and a small area along the anterior right gyrus rectus.

Generalized cerebral atrophy.

Redemonstrated prominence of the ventricular system somewhat out of proportion of the sulci.

Patchy hypodensity is again seen within the deep comparison white matter compatible with a background of mild chronic microvascular ischemic change.

No new or acute intracranial hemorrhage is seen.

No mass effect, midline shift or evidence of an acute ischemic infarct.

No acute fracture the calvarium or visualized skull base. The visualized mastoid air cells and orbits are unremarkable. Mild inflammatory changes in scattered paranasal sinuses, most notably in the right posterior ethmoid air cells with thickening of the
sinus walls due to chronic inflammatory change.

Scalp contusions, significantly decreased in the left frontotemporal region and stable in the right occipital region.

Impression
IMPRESSION:

1. New slight prominence of the extra-axial spaces bifrontally suggestive of small subdural hygromas.
2. Resolution of previously identified trace left sylvian fissure subarachnoid hemorrhage and trace para false seen and tentorial subdural hemorrhage.
2. Redemonstrated prominence of the ventricular system out of proportion of the sulci suggestive of mild chronic communicating hydrocephalus.
3. Cerebral atrophy, chronic microvascular ischemic changes and lateral frontal and left temporal encephalomalacia suggestive of remote brain contusions.

Final report dictated by   and signed by Vinodkumar Velayudhan 2/2/2022 1:14 PM


Tubes/Drains:
Peripheral IV Unknown Anterior;Right Forearm (Active)
*No placement date or time found.   Placement Date: Unknown  Size (Gauge): 20 G  Orientation: Anterior;Right  Location: Forearm
Number of days:*

Peripheral IV Unknown Anterior;Left;Proximal Forearm (Active)

Printed on 2/4/22  9:57 AM

NYC
HEALTH+
HOSPITALS | Kings County
KINGS COUNTY HOSPITAL  Patient: Akinsira, Israel
CENTER
451 Clarkson Avenue
BROOKLYN NY 11203
Admit: 1/31/2022, IP: 1/31/2022, Discharge: —

**ED Provider Notes by Monisha Dilip, MD at 01/31/22 1805 (continued)**

**Past Surgical History:**

| Procedure | Laterality | Date |
|---|---|---|
| | | |

**Family History**

| Problem | Relation | Age of Onset |
|---|---|---|
| ° No Known Problems | Father | |
| ° No Known Problems | Mother | |
| ° Cancer | Sister | |

**Social History**

Tobacco Use
- Smoking status:       Former Smoker
- Smokeless tobacco:   Never Used

Substance Use Topics
- Alcohol use:          Yes
    Alcohol/week:       1.0 standard drink
    Types:             1 Cans of beer per week
- Drug use:            No

Review of Systems:
Review of Systems
Unable to perform ROS: Mental status change

Physical Exam:
Physical Exam
Vitals and nursing note reviewed.
Constitutional:
    General: He is not in acute distress.
    Appearance: He is not ill-appearing, toxic-appearing or diaphoretic.
HENT:
    Head:
    Comments: +large hematoma to the L temporal region, +dried blood around mouth with no clear signs of trauma, +bruising under the L eye
    Mouth/Throat:
    Mouth: Mucous membranes are moist.
Eyes:
    Extraocular Movements: Extraocular movements intact.
    Conjunctiva/sclera: Conjunctivae normal.
    Pupils: Pupils are equal, round, and reactive to light.
Cardiovascular:
    Rate and Rhythm: Normal rate and regular rhythm.
Pulmonary:
    Effort: Pulmonary effort is normal. No respiratory distress.
    Breath sounds: Normal breath sounds.
Abdominal:
    Palpations: Abdomen is soft.
    Tenderness: There is no abdominal tenderness.

NYC
HEALTH+
HOSPITALS | Kings County

KINGS COUNTY HOSPITAL  Patient:Akinsira, Israel
CENTER
451 Clarkson Avenue
BROOKLYN NY 11203

Admit: 1/31/2022, IP: 1/31/2022, Discharge: —

**Consults by Alec Krosser, MD at 01/31/22 1737 (continued)**
off bed, got kicked in head multiple times. Was bleeding and had LOC. Incontinent of urine per note as well.
Currently not complaining of pain, GCS 14, no focal neurologic deficits. Primary survey intact, secondary with
R eye echymossis and dried blood, dried blood in and around mouth, no active bleeding seen. Will obtain CT
head, C spine given mechanism. Trauma labs.  assault
EMS interventions: C-collar, IV access  and IV fluid

Allergies: No Known Allergies
Home Medications:
Prior to Admission medications

| Medication | Sig | Start Date | End Date | Taking? | Authorizing Provider |
|---|---|---|---|---|---|
| acetaminophen (TYLENOL) 325 MG Cap capsule | Take 2 capsules (650 mg total) by mouth every 4 (four) hours as needed for pain | 10/1/21 | | | Tatyana Braslavskaya, MD |
| amLODIPine (NORVASC) 5 MG tablet | Take 1 tablet (5 mg total) by mouth daily | 10/1/21 | | | Tatyana Braslavskaya, MD |
| ergocalciferol (ERGOCALCIFEROL) 50000 units Cap | Take 1 capsule (50,000 Units total) by mouth every 14 (fourteen) days | 10/1/21 | | | Tatyana Braslavskaya, MD |
| haloperidol (HALDOL) 2 mg/mL solution | Take 2.5 mL (5 mg total) by mouth nightly | 1/31/22 | 3/2/22 | | Nasreen Akbar, MD |
| haloperidol (HALDOL) 2 mg/mL solution | Take 2.5 mL (5 mg total) by mouth daily | 2/1/22 | 3/3/22 | | Nasreen Akbar, MD |
| valproic acid (DEPAKENE) 250 MG/5ML solution | Take 10 mL (500 mg total) by mouth every 12 (twelve) hours | 1/31/22 | | | Nasreen Akbar, MD |

Past Medical History:

| Diagnosis | Date |
|---|---|

**KINGS COUNTY HOSPITAL** Patient:Akinsira, Israel
ounty CENTER
451 Clarkson Avenue
BROOKLYN NY 11203    Admit: 1/31/2022, IP: 1/31/2022, Discharge:——
ndsor, MD at 02/03/22 1125 (continued)
e found.   Placement Date: Unknown  Size (Gauge): 20 G  Orientation:
cation: Forearm

Daily
al, Q12H SCH
cutaneous, Daily
Q12H SCH
g, IV Infusion, Q12H SCH
rals, 1 tablet, Oral, Daily
al, Daily

**ASSESSMENT & PLAN**

, male Hospital Day: 4 * No surgery found *
Cleared for discharge by neurosurgery. Patient reassessed by psychiatry yesterday,
large to residence with outpatient follow up. However, after agitation and code white
nt will benefit from new assessment by psychiatry regarding disposition

get geriatrics consult

ICC)

ind subdural on CTH
llow nsgy recs

hage (HCC)

and subdural on CTH
illow nsgy recs

e

der (HCC)

M

**Kings County** KINGS COUNTY HOSPITAL  Patient:Akinsira, Israel
CENTER
451 Clarkson Avenue
BROOKLYN NY 11203       Admit: 1/31/2022, IP: 1/31/2022, Discharge: —

ED Provider Notes by Monisha Dilip, MD at 01/31/22 1805 (continued)
  does not remember being assaulted. No other injuries noted. Level II trauma code. CTH shows small
  hemorrhage in L sylvian fissure. Admit to SICU for traumatic ICH, neurosurgery on board.

Note Initiated: 01/31/2022 at 6:05 PM
Encounter Date: 1/31/2022

Chief Complaint:
**Chief Complaint**
Patient presents with
  • Assault Victim
      *per/RN from 3e "R" bldg  states patient was assaulted by another patient head continuously hit on floor
      and wall patient became unconscious Rapid reponse was called. Patient arrived to CCT with C- collar
      LEVEL 2 code initiated by  MD HAassel. Patient noted to fall asleep in mid sentence*

History of Present Illness:

83yoM with PMx BPH, depression, schizoaffective d/o presenting with head trauma from R building. Patient
currently admitted to R building, was assaulted by another patient, his head was hit against the ground multiple
times. +LOC. Patient does not recall incident. No other trauma.

History provided by: Patient
History complicated by: Psychiatric disorder and mental status change

History:
Past Medical History:
Diagnosis                                                                                     Date



_Affidavit_

06-02-23  in 2mod Amkc
he Antrobus 895 22 00 345
~ed Legal Aid society emp-
isiah Johnson evidence of
el Ankicira medical and see
~juries and mistaken injury
12-21-15 from sytlian fissure
saw and heard of 16 month
~ral D-o-c Due process violation
Blocking Andre Antrobus defense
~ing mail/ unreasonable siezures
~orable Exonerating evidence
~etaliation from paper work and
~es v. Also 190.50 violations
~id hours, violations and Mr
peopk v pelchat and conc~
~ admitting courts are corr~
Antrobus wasn't called for
r nothing

witnesses
441230110
K. Edwards

541200299

1746 self organize g body
cs facts above under oa

_Affidavit_

On 06-02-23 in 2mod AMKC
Andre Antrobus 895 23 00 345
showed Legal Aid society emp-
loyee Isiah Johnson evidence of
Israel Ankicira medical and see
no injuries and mistaken injury
from 12-21-15 from sydian fissure.
Also saw and heard of 16 months
of several D-O-C due process violation
of Blocking Andre Antrobus defense
Blocking mail/unreasonable siezures
of favorable exonerating evidence
and retaliation from paper work and
witnesses. Also 190.50 violations
and 144 hours, violations and Mr
190.35 people v pelchat and Mr
Johnson admitting courts are corrupt
and Mr. Antrobus wasn't called for
video or nothing.

witnesses

Rimado Mind
825 0019178
Q 3492301203
**CONSEILLANT

144 1230|||0
K. Edwards

546 2300 289

28. u.s.c 1746
signatures

self Notarize above
facts above under 1a a



| CITY OF NEW YORK DEPARTMENT OF CORRECTIONS OFFICE OF CONSTITUENT AND GRIEVANCE SERVICES  RETURN OF GRIEVANCE FORM | TO BE COMPLETED BY GRIEVANCE COORDINATOR  # __643192__ | Form: 7117R Eff.: 8/23/19 Ref.: Dir.3376RA |  |
|---|---|---|---|

| INMATE NAME AND BOOK AND CASE NUMBER: Myers, Joseph | FACILITY: AMKC | DATE OF GRIEVANCE: 03-31-23 |
|---|---|---|

| HOUSING ASSIGNMENT: | 9 MOD B SIDE  B&C# 3102300017 |
|---|---|

DATE GRIEVANCE RETURNED: 03-31-23

THE ATTACHED GRIEVANCE IS BEING RETURNED TO YOU BECAUSE YOU HAVE FAILED TO COMPLY WITH THE INMATE GRIEVANCE PROCEDURES POLICY. THIS GRIEVANCE IS BEING RETURNED FOR THE FOLLOWING REASON(S):

☐ This grievance concerns a Disciplinary Hearing action. This type of action is to be appealed through their own appeal process and not through the grievance process.

☐ There is no indication that you were personally affected by a Department or facility action or policy/ procedure.

☐ This grievance appears to be on behalf of a group and group grievances are not permitted.

☐ This grievance is not signed and/or dated and/or does not include your Name, Book & Case number.

☐ This grievance contains multiple issues. Grievances are to address only one (1) issue unless there is a direct relationship between multiple issues. You may submit separate grievances for the separate issues.

☐ This grievance is incomplete, not understandable, presented in a courteous manner or contains excessive legal jargon.

☑ The grievance concerns an issue that cannot be resolved by the Department of Correction because the issue is beyond the authority of the Department. This issue may be addressed to: __COURT__

☐ This grievance was not submitted within the ten (10) day timeframe. Must show just reason(s) for this delay, this grievance /appeal will not be reviewed.

☐ The issue in this grievance was reviewed and addressed previously in Grievance # _____

☐ Grievance description does not match action requested.

☐ Grievance is a documented use of force.

☐ Grievance falls under Nunez Compliance.

TIME STAMP          SIGNATURE OF GRIEVANCE COORDINATOR/OFFICER          DATE OF RESPONSE

3-31-23

If you wish to proceed with this grievance, you have five (5) working days from the date of their response to submit your grievance, to the Grievance Coordinator/Officer.

# CITY OF NEW YORK - DEPARTMENT OF CORRECTION
## OFFICE OF CONSTITUENT AND GRIEVANCE SERVICES
### INMATE STATEMENT FORM

| | | |
|---|---|---|
| Inmate's Name: Myers Joseph | Book & Case #: 3102331017 | NYSID #: 21486M |
| Facility: AMKC | Housing Area: 4 Mod B side | Date of Incident: 03-30-23 | Date Submitted: |

All grievances must be submitted within ten business days after the incident occurred, unless it's a sexual abuse or harassment allegation. The inmate filing the grievance must personally prepare this statement. Upon submission to the Office of Constituent and Grievance Services (OCGS) staff, OCGS staff will time-stamp and issue it a grievance reference number. OCGS staff shall provide the inmate with a copy of this form as a record of receipt.

**Grievance:** Since June 25 2023 my lawyer hasn't appeared to court to have alot of motion even to fire my lawyer and whats then so my they keep going on a non cent date he never respond to phone or his voicemail is full so it hard to fight a case with a lawyer who hasn't shown two cant sit back to a back man this case need to fight inside so...

**Action Requested by Inmate:** release from whys and win lawyer

**Please read below and check the correct box:**

| | Yes | No |
|---|---|---|
| Do you agree to have your statement edited for clarification by OCGS staff? | ☑ | ☐ |
| Do you need the OCGS staff to write the grievance for you? | ☑ | ☐ |
| Have you filed this grievance with a court or other agency? | ☐ | ☑ |
| Did you require the assistance of an interpreter? | ☐ | ☑ |

Inmate's Signature: _____    Date of Signature: 03-30-23

**FOR DOC OFFICE USE ONLY**

OCGS MUST PROVIDE A COPY OF THIS FORM TO THE INMATE AS A RECORD OF RECEIPT.

THIS FORM IS INVALID UNLESS SIGNED BY THE INMATE AND GRIEVANCE COORDINATOR

| TIME STAMP | Grievance Reference #: 643192 | Response: Return of grievance |
|---|---|---|

SUPREME COURT STATE OF NEW YORK:

COUNTY OF _____

_____ X

THE PEOPLE OF THE STATE OF NEW YORK        :

                                            :        **SUBPOENA DUCES TECUM**

        **Against**        :

                                            :        **INDICTMENT #**

_____,        :

                   **Defendant.**        :

_____ X

TO: _____

       _____

       _____

       _____

## IN THE NAME OF THE PEOPLE OF THE STATE OF NEW YORK

YOU ARE COMMANDED to appear before this Court at the Courthouse thereof at

_____ in the County of

_____, on the _____ day of _____, 2011 , at 9:30 ___ as a

witness in a criminal action prosecuted by the People of the State of New York against

_____, defendant and that you bring with you

_____

_____

_____

_____

_____

*For a failure to comply with this subpoena you will be deemed guilty of Criminal Contempt of*

*Court and be liable to the punishment provided by law therefor*

Dated at _____, 2011

```
@gov: use state reasons for denial
of exonerating evidence favorable
to petitioner to have his liberty
and freeedom const. amend. :
```

_____

Justice Judge

Completed

ent of Allegations/supporous
SE TO WRITE

a reasonable cause to s
perment?

R given to the
at scene?

YES

**Reporting Officer.**

How victim refuse to write
Because has not a victim 3-9-2
(No offense committed) how they
being again again 1949-20 Israel Patricia



